IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Hillel Cohen<br>Case 0:01-cv-00929-JRT | MDL. No. 1396<br>(Civil No. 0:01-cv-00929-JRT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Hillel Cohen ("Plaintiff"), and Defendant St. Jude Medical, Inc., by and through their respective counsel, hereby agree and stipulate that all of Plaintiff's claims against Defendant St. Jude Medical, Inc. are dismissed *with prejudice*. The parties' stipulation is made pursuant to Rule 41(a)(1)(A)(ii). Each party bears its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

By: ______________________

Steven E Angstreich
Levy Angstreich Finney Baldante
Rubenstein & Coren
10 Melrose Ave Ste 100
Cherry Hill, NJ 08003
Telephone: 856.795.0303
Facsimile: 856.795.7447
Attorney for Plaintiff Hillel Cohen

By: ______________________

Steven M. Kohn
Reed Smith LLP
1999 Harrison Street
Oakland, CA 94612
Telephone: 510.466.6727
Facsimile: 510.273.8832
Attorney for Defendant St. Jude Medical, Inc.