IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Hillel Cohen<br>Case No. 0:01-cv-00929-JRT | MDL. No. 1396<br>(0:01-cv-00929-JRT)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Hillel Cohen, and Defendant St. Jude Medical, Inc., by and through their respective counsel of record, seek dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Rule 41(a)(1)(A)(ii), in relevant part reads, "an action may be dismissed by the plaintiff without order of court… by filing a stipulation of dismissal by all parties who have appeared in the action." Once the stipulation between the parties is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed.R.Civ.P. 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 17, 2008

s/John R. Tunheim
John R. Tunheim
United States District Court Judge

DN: 349205